UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFRANCE BEAL,<br><br>            Petitioner,<br><br>    v.<br><br>WILLIAM MUNIZ,<br><br>            Respondent. | Case No.  17-cv-0428-TEH<br><br>JUDGMENT |

   Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against Petitioner. Petitioner shall obtain no relief by way of his petition.

   IT IS SO ORDERED.

Dated: 2/28/2017

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.17\Beal0428.jud.docx